■ In the Matter of STEPHEN I. MUNZER (Admitted as STEPHEN IRA MUNZER), a Suspended Attorney. [744 NYS2d 662] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Tom, J.P., Andrias, Saxe, Buckley and Friedman, JJ.